1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH PETER PINEDA,

                 Petitioner,

       vs.

R.M. DIAZ,

                Respondent.

) Case No. EDCV 13-975-JVS (DTB)
)
)
) ORDER DISMISSING PETITION WITH
) LEAVE TO AMEND
)
)
)
)
)

17
18
19
20
21
22
23
24
25
26
27
28

On May 15, 2013, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody, along with a supporting attachment ("Pet. Att.") in the Southern District of California. On May 24, 2013, the matter was transferred to this Court and the Petition was filed in the Central District of California. Petitioner alleges that he was convicted in 2009 of murder with a firearm enhancement, robbery, carjacking, kidnapping and torture, following a jury trial, and that he was sentenced to prison for life, without the possibility of parole. (Petition at 1-2). Insofar as the Court can glean, petitioner appears to allege the following: That the trial court committed error when it permitted the jury to convict petitioner of murder; that the trial court committed error when it improperly created an unconstitutional presumption; that the trial court committed error when it failed to instruct the jury on assault as a lesser included offense; that the trial court committed error when it

instructed the jury that the state did not need to prove motive; and that the trial court committed error when it sentenced petitioner for torture and murder which were part of a single court of conduct.  (Pet. Att. at 1.)  Petitioner's claims are not specifically set forth in the Petition.  Instead, petitioner makes reference to the Pet. Att. for the basis of his federal habeas claims (see Petition at 6-9.)  The Court's review of the Petition reveals that it suffers from the following deficiencies:

> 1.    The Petition has not been submitted on either the national form appended to the Habeas Rules, or the form approved and supplied for habeas petitions by the Central District of California.  See Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts (authorizing the District Court by Local Rule to require that habeas petitions be filed in a form prescribed by the Local Rule); see also Central District Local Rule 83-16.1.

> 2.    The Petition fails to set forth the specific grounds for relief, as well as  the facts supporting each ground.  Moreover, the Petition is not signed by the petitioner under penalty of perjury.  See Rule 2(c)(1),(2) and (5) of the Rules Governing Section 2254 Cases in the United States District Courts.

For the foregoing reasons, the Petition is dismissed with leave to amend.  If petitioner desires to pursue this action, he is ORDERED to file an amended petition rectifying the deficiencies discussed above within thirty (30) days of the date of this Order.  The clerk is directed to send petitioner a blank Central District habeas petition form for this purpose.

The amended petition should reflect the same case number, be clearly labeled "First Amended Petition," and be filled out completely.  In ¶ 7 of the First Amended Petition, petitioner should specify **separately and concisely** each federal constitutional claim that he seeks to raise herein and answer all of the questions

pertaining to each such claim.  (If petitioner attaches a supporting memorandum of points and authorities, the arguments therein should correspond to the claims listed in ¶ 7 of the habeas petition form and not include any additional claims.)  If petitioner contends that he exhausted his state remedies in a Petition for Review to the California Supreme Court, he should list such filing in ¶ 4 of the habeas petition form and provide all of the other called for information.  If petitioner contends that he exhausted his state remedies in a habeas petition to the California Supreme Court, he should list such filing in ¶ 6 of the habeas petition form and provide all of the other called for information.  For each filing listed in ¶¶ 4 and 6, petitioner should be sure to specify all of the grounds raised by him in such filing, along with the case number, the date of decision, and the result.

Finally, petitioner is cautioned that his failure to timely file a First Amended Petition in compliance with this Order will result in a recommendation that the action be dismissed without prejudice for failure to prosecute.

DATED: June 7, 2013

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

_____
NAME

_____
PRISON IDENTIFICATION/BOOKING NO.

_____
ADDRESS OR PLACE OF CONFINEMENT

Note:   It is your responsibility to notify the Clerk of Court in writing of any
        change of address. If represented by an attorney, provide his name,
        address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

_____
FULL NAME (*Include name under which you were convicted*)

Petitioner,

v.

_____
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CASE NUMBER:

CV _____
To be supplied by the Clerk of the United States District Court

☐ _____ **AMENDED**

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1.   To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.   In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.   Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.   Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.   You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6.   You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7.   When you have completed the form, send the original and two copies to the following address:
        Clerk of the United States District Court for the Central District of California
        United States Courthouse
        ATTN: Intake/Docket Section
        312 North Spring Street
        Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1.  ☐ a conviction and/or sentence.
2.  ☐ prison discipline.
3.  ☐ a parole problem.
4.  ☐ other.

## PETITION

1.  Venue

    a.  Place of detention _____

    b.  Place of conviction and sentence _____

2.  Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.

    a.  Nature of offenses involved *(include all counts)*: _____

    _____

    _____

    b.  Penal or other code section or sections: _____

    _____

    _____

    c.  Case number: _____

    d.  Date of conviction: _____

    e.  Date of sentence: _____

    f.  Length of sentence on each count: _____

    _____

    g.  Plea *(check one)*:

        ☐ Not guilty

        ☐ Guilty

        ☐ Nolo contendere

    h.  Kind of trial *(check one)*:

        ☐ Jury

        ☐ Judge only

3.  Did you appeal to the California Court of Appeal from the judgment of conviction?      ☐ Yes  ☐ No

    If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:

    a.  Case number: _____

    b.  Grounds raised *(list each)*:

        (1) _____

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

c.   Date of decision: _____

d.   Result _____

_____

4.   If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal
     decision?   ☐ Yes   ☐ No

     If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

     a.   Case number: _____

     b.   Grounds raised *(list each)*:

          (1) _____

          (2) _____

          (3) _____

          (4) _____

          (5) _____

          (6) _____

     c.   Date of decision: _____

     d.   Result _____

     _____

5.   If you did not appeal:

     a.   State your reasons _____

     _____

     _____

     _____

     _____

     b.   Did you seek permission to file a late appeal?   ☐ Yes   ☐ No

6.   Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

     ☐ Yes   ☐ No

     If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the*

     *rulings on the petitions if available)*:

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

a.  (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?      ☐ Yes   ☐ No

b.  (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?      ☐ Yes   ☐ No

c.  (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?     ☐ Yes   ☐ No

7.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than five grounds.  Summarize briefly the <u>facts</u> supporting each ground.  For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION**:  *Exhaustion Requirement*:  In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court.  This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a.  Ground one: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?          ☐ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?     ☐ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?         ☐ Yes   ☐ No

b.  Ground two: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?          ☐ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?     ☐ Yes   ☐ No

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

      (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

c.   Ground three: _____

      _____

      (1) Supporting FACTS: _____

          _____

          _____

          _____

          _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No

      (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

d.   Ground four: _____

      _____

      (1) Supporting FACTS: _____

          _____

          _____

          _____

          _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No

      (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

e.   Ground five: _____

      _____

      (1) Supporting FACTS: _____

          _____

          _____

          _____

          _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No

      (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____


9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐ Yes    ☐ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a.  (1) Name of court: _____

        (2) Case number: _____

        (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

        (4) Grounds raised *(list each)*:

            (a) _____

            (b) _____

            (c) _____

            (d) _____

            (e) _____

            (f) _____

        (5) Date of decision: _____

        (6) Result _____

_____

        (7) Was an evidentiary hearing held?    ☐ Yes   ☐ No


   b.  (1) Name of court: _____

        (2) Case number: _____

        (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

        (4) Grounds raised *(list each)*:

            (a) _____

             (b) _____

             (c) _____

             (d) _____

             (e) _____

             (f) _____

        (5) Date of decision: _____

        (6) Result _____

(7) Was an evidentiary hearing held?          ☐ Yes     ☐ No

10.  Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect

to this judgment of conviction?          ☐ Yes     ☐ No

If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

11.  Are you presently represented by counsel?          ☐ Yes     ☐ No

If so, provide name, address and telephone number: _____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____

*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____

*Date*                                          *Signature of Petitioner*

_____

*Petitioner*

_____

*Respondent(s)*

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed?  ☐ Yes    ☐ No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a.  Business, profession or form of self-employment?     ☐ Yes   ☐ No

    b.  Rent payments, interest or dividends?     ☐ Yes   ☐ No

    c.  Pensions, annuities or life insurance payments?     ☐ Yes   ☐ No

    d.  Gifts or inheritances?     ☐ Yes   ☐ No

    e.  Any other sources?     ☐ Yes   ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

    _____

    _____

3.  Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
    ☐ Yes   ☐ No

    If the answer is yes, state the total value of the items owned: _____

    _____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes   ☐ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

   _____

   _____

   I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

   Executed on _____        _____
                        *Date*                                                *Signature of Petitioner*

## CERTIFICATE

   I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution  where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

   _____

   _____

   _____        _____
                        *Date*                                  *Authorized Officer of Institution/Title of Officer*