JS-6 / ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH PETER PINEDA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R.M DIAZ, Warden,<br><br>　　　　　Respondent. | No. ED CV 13-0975-JVS (DFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: August 18, 2014

　　　　　　　　　　　　　　　　　　/s/ James V. Selna
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　United States District Judge